No. 505. MONROE v. NEW YORK STATE PAROLE BOARD
ET AL. On petition for writ of certiorari to the Supreme
Court of New York; and

No. 517. SAIN v. RAGEN, WARDEN. On petition for
writ of certiorari to the Supreme Court of Illinois. Oc-
tober 23, 1944. Petitions for writs of certiorari denied for
the reason that application therefor was not made within
the time provided by law. § 8 (a), Act of February 13,
1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 409. MEZO v. ILLINOIS. November 6, 1944. Pe-
tition for writ of certiorari to the Supreme Court of
Illinois denied.

No. 420. COLACICCO v. UNITED STATES. November 6,
1944. Petition for writ of certiorari to the Circuit Court
of Appeals for the Second Circuit denied. *Mrs. Gertrude
Gottlieb* for petitioner. *Solicitor General Fahy, Assistant
Attorney General Tom C. Clark, Messrs. Robert S. Erdahl,
Leon Ulman,* and *Miss Beatrice Rosenberg* for the United
States.

No. 438. HOUBIGANT, INC. ET AL. v. FEDERAL TRADE
COMMISSION. November 6, 1944. Petition for writ of
certiorari to the Circuit Court of Appeals for the Second
Circuit denied. *Mr. Asher Blum* for petitioners. *Solicitor
General Fahy, Assistant Attorney General Berge,* and
*Messrs. Charles H. Weston, Matthias N. Orfield, Walter
J. Cummings, Jr., W. T. Kelley,* and *Jos. J. Smith, Jr.* for
respondent.